**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff** | ) |
| **v.** | ) No. 4:97CR00243-004 |
| | ) |
| **KIRBY KEITH KEHOE** | ) |
| | ) |
| **Defendant** | ) |

**NOTICE OF APPEARANCE**

Stacey E. McCord, Assistant United States Attorney, hereby enters her appearance as counsel for the United States in the above-captioned matter.

Respectfully submitted,
JONATHAN D. ROSS
Acting United States Attorney

Stacey E. McCord
Assistant U.S. Attorney
AR Bar No. 87114
P.O. Box 1229
Little Rock, AR 72203
Telephone: 501-340-2630
E-mail: Stacey.mccord@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2021, I electronically filed the foregoing with the U.S. District Court using the Electronic Case Filing System, and mailed a copy of such via U.S. Mail, postage prepaid to:

Malcom & Jill Friedman
Scott Mueller
Kimma Gurel

Glen Trux

Kirby Keith Kehoe
USMS Reg. #09133-085
FCI La Tuna
P.O. Box 3000
Anthony, NM  88021-3000

                                                 Stacey E. McCord
                                                 Assistant U.S. Attorney