**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff** | ) |
| **v.** | ) No. 4:97CR00243-004 |
| | ) |
| **KIRBY K. KEHOE** | ) |
| | ) |
| **Defendant** | ) |

**MOTION FOR ORDER TO AUTHORIZE PAYMENT**
**FROM INMATE TRUST ACCOUNT**

The United States, by and through Jonathan D. Ross, Acting United States Attorney for the Eastern District of Arkansas, and Stacey E. McCord, Assistant U.S. Attorney for said district, respectfully moves pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) for the Court to issue an order authorizing the Bureau of Prisons to turn over funds in the defendant's inmate trust account in the amount of $1,533.40 to the Clerk of this Court to be applied toward his restitution debt.  Alternatively, the United States notifies the Court pursuant to 18 U.S.C. § 3664(k) that there has been a change in the defendant's economic situation and requests that the Court order payment of the $1,533.40 towards his restitution debt.  A Memorandum of Law is filed in support of this Motion.

**WHEREFORE**, the United States requests that the Court grant its Motion.

Respectfully submitted,
JONATHAN D. ROSS
Acting United States Attorney

Stacey E. McCord
Assistant U.S. Attorney
AR Bar No. 87114
P.O. Box 1229
Little Rock, AR 72203
Telephone: 501-340-2630
E-mail: Stacey.mccord@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2021, I electronically filed the foregoing with the U.S. District Court using the Electronic Case Filing System, and mailed a copy of such via U.S. Mail, postage prepaid to:

Malcom & Jill Friedman
Scott Mueller
Kimma Gurel
Glen Trux

Kirby Keith Kehoe
USMS Reg. #09133-085
FCI La Tuna
P.O. Box 3000
Anthony, NM  88021-3000

Stacey E. McCord
Assistant U.S. Attorney

2